# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2020

160151 & (118)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* N. J. PENDER, Minor.

SC: 160151
COA: 345008
Wayne CC Family Division:
16-523759-NA

_____/

By order of November 27, 2019, the movants were directed to file a brief citing legal authority in support of their joint motion to vacate the decision of the Court of Appeals, vacate the trial court's order terminating the respondent-mother's parental rights, and remand to the Wayne Circuit Court with instructions to offer to transfer the case to New York. On order of the Court, the brief having been received, the application for leave to appeal the July 9, 2019 judgment of the Court of Appeals and joint motion are again considered. The joint motion is GRANTED. MCR 7.316(A)(7). Because of the unique circumstances of this case, the Wayne Circuit Court's June 26, 2018 order terminating the respondent-mother's parental rights, and that part of the Court of Appeals July 9, 2019 unpublished opinion (Docket No. 345008) concerning the respondent-mother's parental rights, are VACATED. See MCR 7.316(A)(7) (stating that the Supreme Court may "enter other and further orders and grant relief as the case may require"). The application for leave to appeal is DISMISSED. We REMAND this case to the Wayne Circuit Court for further proceedings not inconsistent with this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2020



Clerk

p0211